**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00586-CV**

———————————

## IN RE HAMILTON MEDICAL, INC. AND HAMILTON MEDICAL, AG, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators, Hamilton Medical, Inc. and Hamilton Medical, AG, filed a petition for writ of mandamus asserting that the trial court erred by ordering the production of "voluminous, legally immaterial" documents "under conditions that make it impossible for [relators] to properly prepare" for the current October 20, 2025 trial setting.[1] Relators' petition requests that the Court "find [that] the lower court erred

---

[1] The underlying case is *Rocio Salazar, a/n/f of Jorge Piedra, Jr. and Cassandra Cavazos, a/n/f of XXXXXXXX v. U.S. Anesthesia Partners, Inc., Anitha Mwemezi,*

by compelling production of 'design documents'" and "direct the [trial court] to vacate the October 20, 2025 trial setting and reset the [trial] after the parties have had a reasonable opportunity to complete discovery."

In connection with their mandamus petition, relators filed a "Motion for [Texas Rule of Appellate Procedure] 52.10 Relief." In their motion, relators requested that the Court stay: (1) the August 11, 2025 production deadline compelled by the trial court and (2) the October 20, 2025 trial setting pending this Court's disposition of the petition for writ of mandamus. The Court granted relators' motion, in part, staying any discovery obligations pending the Court's review of the mandamus petition. The Court further requested a response to the petition for writ of mandamus from real parties in interest, Rocio Salazar, as next friend of Jorge Piedra, Jr. and Cassandra Cavazos, as next friend of XXXXXXXX, a minor. A response was filed by real parties in interest on August 15, 2025.

We conclude that relators have failed to establish they are entitled to mandamus relief. The Court therefore lifts the stay imposed by our August 7, 2025

---

*C.R.N.A., U.S. Anesthesia Partners of Texas, P.A., Hamilton Medical, Inc., Hamilton Medical, AG, Hamilton Medical Management, Inc., Hamilton Technologies LLC, Hamilton Co., Hamilton Holding Management Corp., GE Healthcare Inc., Maxwell Exiga, US Med-Equip, LLC, and GE Precision Healthcare LLC*, Cause No. 2022-76058, in the 190th District Court of Harris County, Texas, the Honorable Beau Miller presiding.

order and denies relators' petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.